UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: CASE NO. 13-30277-TBM
DOLLOFF, MATTHEW R

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss the case based on the following:

1. The Debtor(s) failed to make the payments required by the Plan.

    A. The Plan and/or current modified Plan requires the Debtor(s) to pay the current sum of $110.00 per month.

    B. The total paid into the Plan through May 23, 2018 is $5,500.00, the last payment having been received by the Trustee on March 2, 2018.

    C. Payment of $330.00 is required to be current through May 23, 2018.

2. The Debtor(s) failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

    WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307.

Dated: May 23, 2018    By: /s/ Karen Perse
    Karen Perse
    *for* Chapter 13 Trustee
    4725 S. Monaco St., Ste. 120
    Denver, CO  80237
    Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                       CASE NO. 13-30277-TBM
DOLLOFF, MATTHEW R

                                                                         CHAPTER 13

              DEBTOR(S)

## NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## OBJECTION DEADLINE: June 13, 2018

YOU ARE HEREBY NOTIFIED that Douglas B. Kiel, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Motion to Dismiss with the bankruptcy court and requests the following relief:

Trustee seeks dismissal of the Chapter 13 case due to non-payment.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: May 23, 2018                                                By: /s/ Karen Perse
                                                                                     Karen Perse
                                                                                     *for* Chapter 13 Trustee
                                                                                     4725 S. Monaco St., Ste. 120
                                                                                     Denver, CO  80237
                                                                                     Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                                       CASE NO. 13-30277-TBM
DOLLOFF, MATTHEW R

CHAPTER 13

DEBTOR(S)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Chapter 13 Trustee's Motion to Dismiss, and Notice of Chapter 13 Trustee's Motion to Dismiss was placed in the U.S. Mail, postage pre-paid, on May 23, 2018.

| | |
|---|---|
| MATTHEW R DOLLOFF<br>2991 ROCK CIRCLE<br>ELIZABETH, CO  80107 | WEINSTEIN PINSON AND RILEY PS<br>BRITNEY BEALL-EDER ESQ<br>999 18TH STREET<br>STE 2101N<br>DENVER, CO  80202 |

Notice by Electronic Transmission was sent to the following persons/parties:

WATTON LAW GROUP

DATED: May 23, 2018                                            /s/ Janice LeGros
                                                                                             Janice LeGros