**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re Matthew R. Dolloff, | ) | |
| | ) | |
| Debtor. | ) | Case No. 13-30277-TBM |
| | ) | |
| | ) | Chapter 13 |

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

Matthew R. Dolloff ("Debtor") through his counsel, Michael J. Watton and the Watton Law Group, hereby responds to the Motion to Dismiss filed by the Chapter 13 Trustee.

Debtor incurred unanticipated expenses. The expenses caused him to fall behind on the plan payments. Debtor made a payment of $330.00, which brought him current through May. Debtor is making efforts to bring his account fully current forthwith.

Wherefore, Debtor respectfully requests that the Court deny the Trustee's Motion to Dismiss and hold a hearing on the matter.

Dated: June 13, 2018            Respectfully submitted,

WATTON LAW GROUP

 /s/ Michael J. Watton
Michael J. Watton, Esq., No. 46893
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI  53203
Telephone:  720-590-4600
Fax:  303-295-0242
Email:  wlgdnvr@wattongroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Response was served by placing the same in the United States Mail, first class postage pre-paid or via electronic service (if the parties accept service in that manner) on June 13, 2018 to the following:

Douglas Kiel
Chapter 13 Trustee
4725 South Monaco Street, Suite 120
Denver, CO 80237

United States Bankruptcy Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294-1961


/s/ Tammy Her
Legal Assistant for Debtor's Counsel