| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Matthew R. Dolloff<br>First Name   Middle Name   Last Name | Case #: | 13-30277-TBM |
| Debtor 2: <br>First Name   Middle Name   Last Name | Chapter: | 13 |

## Local Bankruptcy Form 3015-1.6
## Chapter 13 Debtor's Certification to Obtain Discharge

I, Matthew R. Dolloff, certify that:

### Part 1   Plan Payments

☒ I have completed all payments and obligations required by my chapter 13 plan, including if applicable all direct payments to secured creditors.

### Part 2   Domestic Support Obligations

☒ I have no domestic support obligations.
☐ During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.
☐ I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

### Part 3   Valuation of Collateral Pursuant to 11 U.S.C. § 506

☐ I previously filed a Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506 (the "Motion") (docket no. **[#]**) as to the real property described below.  The Motion was granted on _____, (docket **[#]**).

### Part 4   Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).

☒ I have not been convicted of a felony, as defined in 11 U.S.C. § 3156.  *See* 11 U.S.C. § 522(q)(1)(A).
☒ There are no pending proceedings in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

### Part 5   Personal Financial Management Course

☒ I have completed an instructional course in personal financial management and the certification of completion has been filed.

## Part 6 — Signature of Debtor's Attorney

Dated: July 2, 2018

By: /s/ Michael J. Watton, Esq. #46893
Signature of Attorney

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com

## Part 7 — Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2018

By: Matthew R. Dolloff
Signature of debtor

2991 Rock Circle
Elizabeth, CO 80107

| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Matthew R. Dolloff<br>First Name   Middle Name   Last Name | Case #: | 13-30277-TBM |
| Debtor 2: <br>First Name   Middle Name   Last Name | Chapter: | 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Part 2**  **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on July 2, 2018, I served a complete copy of Chapter 13 Debtor's Certification to Obtain Discharge on the following parties in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St.
Ste. 120
Denver, CO 80237

US Trustee, 13
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Mr. Matthew R. Dolloff
2991 Rock Circle
Elizabeth, CO 80107

Britney Beall-Eder
Weinstein, Pinson & Riley, P.S.
999 18th Street, Ste 2101n
Denver, CO 80202

American InfoSource LP as agent for
Xcel Energy South
PO Box 268872
Oklahoma City, OK 73126-8872

QWEST CORPORATION DBA CENTURYLINK
CENTURYLINK BANKRUPTCY
700 W MINERAL AVE, ARIZONA ROOM
LITTLETON CO 80120

NAR
1600 West 2200 South, Suite 410
Salt Lake City, UT 84119

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S.
P.O. Box 3978
Seattle, WA 98124

Swedish Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

## Part 3 — Signature

Dated: July 2, 2018

By: /s/ Ashley E. Hermann
Paralegal for Debtor's Counsel

Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI 53203
Phone: 720-590-4600
Fax: 303-295-0242
E-mail: wlgdnvr@wattongroup.com