Certificate Number: 06531-CO-DE-031256155

Bankruptcy Case Number: 13-30277



06531-CO-DE-031256155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2018, at 3:50 o'clock PM CDT, Matthew Dolloff completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: June 29, 2018

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor