```
                              United States Bankruptcy Court
                                    District of Colorado

In re:                                                           Case No. 13-30277-TBM
Matthew R. Dolloff                                               Chapter 13
         Debtor           CERTIFICATE OF NOTICE
District/off: 1082-1          User: barnesl               Page 1 of 2              Date Rcvd: Jul 10, 2018
                              Form ID: 785                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db            +Matthew R. Dolloff,    2991 Rock Circle,    Elizabeth, CO 80107-6610
15781497      +Alternative Revenue System,    9250 East Costilla Avenue #130,    Englewood, CO 80112-3662
15781498      +Aurora Municipal Court,    14999 E. Almeda Parkway,    Aurora, CO 80012-1563
15781501      +Carepoint, PC,    PO Box 173862,    Denver, CO 80217-3862
15781503      +Integral Recoveries,    750 West Hampden Avenue #501,    Englewood, CO 80110-2166
15781508       Radiology Imaging Associates,    PO Box 272011,    Denver, CO 80227
15781509     #+Revenue Enterprises,    3131 South Vaughn Way Suite 426,    Aurora, CO 80014-3508
15781510      +SKM Management Co.,    3773 Cherry Creek Drive, North Suite 535,    Denver, CO 80209-3825
15781513      +Wakefield & Associates,    PO Box 441590,    Aurora, CO 80044-1590
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: IRS.COM Jul 11 2018 04:23:00      IRS,   600 17th St.,    Stop 5027 DEN,    Denver, CO  80202
cr            +E-mail/Text: bncmail@w-legal.com Jul 11 2018 00:23:42      USAA Federal Savings Bank,
               c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
15792827       EDI: AIS.COM Jul 11 2018 04:23:00      American InfoSource LP as agent for,    Xcel Energy South,
               PO Box 268872,    Oklahoma City, OK  73126-8872
15781499      +E-mail/Text: payments@brsi.net Jul 11 2018 00:24:07      Business Revenue Systems, Inc.,
               2419 Spy Run Avenue Suite A,    Fort Wayne, IN 46805-3262
15781500       EDI: CAPITALONE.COM Jul 11 2018 04:23:00      Capital One,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
15781502      +E-mail/Text: bmg.bankruptcy@centurylink.com Jul 11 2018 00:23:41      CenturyLink,
               PO Box 29040,    Phoenix, AZ 85038-9040
15781504      +EDI: HCA2.COM Jul 11 2018 04:23:00      Main Campus Swedish,    PO Box 13620,
               Richmond, VA 23225-8620
15781505      +E-mail/Text: bkclerk@north-american-recovery.com Jul 11 2018 00:23:43       NAR,
               1600 West 2200 South, Suite 410,    Salt Lake City, UT 84119-7240
15781506      +E-mail/Text: bankruptcydepartment@tsico.com Jul 11 2018 00:24:02
               NCO Financial Systems, Inc.,    PO Box 15537,    Wilmington, DE 19850-5537
15781507      +E-mail/Text: brprocessor@pfccollects.com Jul 11 2018 00:24:03      Professional Finance,
               PO Box 1686,   Greeley, CO 80632-1686
15825257      +E-mail/Text: bklaw@centurylink.com Jul 11 2018 00:24:03      QWEST CORPORATION DBA CENTURYLINK,
               CENTURYLINK BANKRUPTCY,    700 W MINERAL AVE, ARIZONA ROOM,    LITTLETON CO 80120-4511
15972658      +EDI: RESURGENT.COM Jul 11 2018 04:23:00      Swedish Medical Center,
               Resurgent Capital Services,    PO Box 1927,    Greenville, SC 29602-1927
15781512      +EDI: USAA.COM Jul 11 2018 04:23:00      USAA Federal Savings Bank,    10750 McDermott Freeway,
               San Antonio, TX 78288-1600
15878900      +E-mail/Text: bncmail@w-legal.com Jul 11 2018 00:23:42      USAA Federal Savings Bank,
               c/o Weinstein & Riley, P.S.,    P.O. Box 3978,    Seattle, WA 98124-3978
15781514      +EDI: XCELENERGY.COM Jul 11 2018 04:23:00      Xcel Energy,    PO Box 840,    Denver, CO 80201-0840
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15781511     ##Springman, Braden, Wilson & Pontius,    1022 Bannock Street,    Denver, CO 80204
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 1082-1          User: barnesl              Page 2 of 2                  Date Rcvd: Jul 10, 2018
                              Form ID: 785               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Chapter 13 Trustee - Kiel    on behalf of Trustee Douglas B. Kiel ecfmail@denver13.com
              Deanna L. Westfall    on behalf of Creditor   USAA Federal Savings Bank DeannaW@w-legal.com,
               bncmail@w-legal.com
              Douglas B. Kiel    ecfmail@denver13.com
              Michael J. Watton    on behalf of Debtor Matthew R. Dolloff wlgdnvr@wattongroup.com,
               MaloneyMR67557@notify.bestcase.com
              Thomas A. Arany    on behalf of Debtor Matthew R. Dolloff jdrewicz@wattongroup.com,
               MaloneyMR67557@notify.bestcase.com
              US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Matthew R. Dolloff** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9965** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Colorado** | | |
| Case number:  **13–30277–TBM** | | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Matthew R. Dolloff

| | | |
|---|---|---|
| <u>7/10/18</u> | **By the court:** | <u>Thomas B. McNamara</u> <br> United States Bankruptcy Judge |

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

　　♦ debts that are domestic support obligations;

　　♦ debts for most student loans;

　　♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**Liens that are extinguished**
Under 11 U.S.C. § 506(d), if an order entered in this case valuing a creditor's secured claim at $0, the lien is extinguished by operation of law upon the entry of the debtor's discharge, or upon successful completion of all plan payments and the case closing, if the debtor is not eligible for a discharge.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**