**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13-30277-TBM |
| MATTHEW R. DOLLOFF, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

___

**NOTICE OF CHANGE OF ADDRESS - CREDITOR**
___

**Debtor's Name:**     MATTHEW R. DOLLOFF

**Creditor's Name:**   Springman, Braden, Wilson & Pontius

**Old Address:**       1022 Bannock St.
                       Denver, CO 80204

**New Address:**       4175 Harlan St. #200
                       Wheat Ridge, CO 80033

**Filed on:**          July 13, 2018

    Respectfully submitted,

    WATTON LAW GROUP

    /s/ Michael J. Watton
    Michael J. Watton, Esq., No. 46893
    301 West Wisconsin Avenue, 5th Floor
    Milwaukee, WI  53203
    Telephone:  720-590-4600
    Fax:  303-295-0242
    Email:  wlgdnvr@wattongroup.com